IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

ARRELLO BARNES,

                        Plaintiff,

                                                Civ. Action No.
                                                9:04-CV-0391 (LES/DEP)

        vs.

W. BROWN, et al.

                        Defendants.

_____

APPEARANCES:                             OF COUNSEL:

FOR PLAINTIFF:

ARRELLO BARNES, pro se
Elmira, New York

FOR DEFENDANTS:

HON. ELIOT SPITZER                       ROGER KINSEY, ESQ.
Office of Attorney General               Assistant Attorney General
State of New York
Department of Law
The Capitol
Albany, New York  12224

DAVID E. PEEBLES
U.S. MAGISTRATE JUDGE

_____ ORDER
_____

        A final pretrial telephone conference was held in this inmate civil

rights action on April 21, 2006 with the pro se plaintiff and counsel for

defendants.  It appears from the conference that the case is now ready for

trial.

Accordingly, it is hereby

ORDERED that the case is referred to the assigned visiting district

judge for trial, appointment of counsel, and all further proceedings; and it

is further

ORDERED, that the Clerk serve a copy of this Order on the pro se

plaintiff by regular mail and all other parties electronically.

David E. Peebles
U.S. Magistrate Judge


Dated:      April 21, 2006
            Syracuse, NY